IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 23-60748-CIV-GAYLES/Strauss

HAYES MEDICAL STAFFING, LLC,
a Florida Limited Liability Company,

Plaintiff,

v.

AMY EICHELBERG, an individual,
ALLISON PATIERNO, an individual,
SCOTT SIMON, an individual, and
JOBOT, LLC, a California Limited
Liability Company,

      Defendants.
_____/

## JOINT MOTION FOR STATUS CONFERENCE

Plaintiff, Hayes Medical Staffing, LLC ("Plaintiff"), and Defendants, Amy Eichelberg, Allison Patierno, Scott Simon, and Jobot, LLC ("Defendants") (Plaintiff and Defendants together, the "Parties"), through their respective undersigned counsel, submit the following Joint Motion for Status Conference and state as follows:[1]

    1.    On April 21, 2023, Plaintiff filed a Verified Complaint against Defendants alleging Breach of Contract, Misappropriation of Trade Secrets Under the Defend Trade Secrets Act, Misappropriation of Trade Secrets Under the Florida Uniform Trade Secrets Act, Conversion, Breach of Fiduciary Duty, Violation of Florida's Computer Abuse and Data Recovery Act, Tortious Interference with Contractual Relationships, and seeking injunctive relief. [ECF No. 1].

---

[1] The Parties recognize that Local Rule 7.1(a) requires that a motion include a memorandum of legal authority in support of the request. The Parties did not include a memorandum herein given the nature of the relief requested. However, the Parties will file an amended joint motion for status conference including a memorandum of legal authority, if the Court directs the Parties to do so.

CASE NO.: 23-60748-CIV-GAYLES/Strauss

2. On May 10, 2023, Plaintiff filed its Second Amended Motion for Preliminary Injunction against Defendants. [ECF No. 23].

3. On May 30, 2023, Defendants filed a Motion to Dismiss Plaintiff's Complaint. [ECF No. 44].

4. On July 13, 14, and August 4, 2023, the Court held evidentiary hearings on Plaintiff's Second Amended Motion for Preliminary Injunction, during which live testimony was presented and multiple exhibits were admitted into evidence.

5. On August 18, 2023, the Parties submitted their respective Proposed Findings of Fact and Conclusions of Law to the Court in connection with Plaintiff's Second Amended Motion for Preliminary Injunction. [ECF Nos. 72, 73].

6. On September 13, 2023, the Parties submitted a Joint Scheduling Report and proposed Scheduling Order to the Court. [ECF No. 74].

7. On December 5, 2023, the Parties submitted a Stipulated Order Regarding Production of Electronically Stored Information "ESI Protocol," requesting the Court enter the order which would govern the exchange of electronic discovery in this case.

8. To date, the Court has not issued a ruling on Plaintiff's Second Amended Motion for Preliminary Injunction or Defendants' Motion to Dismiss, nor has it entered a Scheduling Order or the ESI Protocol Order.

9. In the interim, the Parties have engaged in written discovery and are in the process of exchanging documents and scheduling depositions. However, the Parties recognize that the pending rulings by the Court could meaningfully impact the scope of this case and the scope of discovery, as well as govern the exchange of electronic discovery in this action.

CASE NO.: 23-60748-CIV-GAYLES/Strauss

10. Therefore, the Parties respectfully request a status conference with the Court to address the pending motions and above-mentioned orders. Given conflicts of counsel, the Parties request a status conference to occur on or after January 8, 2024.

**WHEREFORE**, Plaintiff and Defendants respectfully request that the Court enter an Order GRANTING this Motion for a status conference at a date and time to be determined by the Court to occur on or after January 8, 2024.

Respectfully submitted this 7th day of December 2023

| | |
|---|---|
| */s/ Jennifer A. Schwartz* | */s/ Kimberly E. Lunetta* |
| Jennifer A. Schwartz, Esq. | Kimberly E. Lunetta, Esq. |
| Florida Bar No. 502431 | Florida Bar No. 1026812 |
| Email: *Jennifer.schwartz@jacksonlewis.com* | Email: *Kimberly.lunetta@morganlewis.com* |
| Ryan B. Weiss, Esq. | Robert E. Paradela, Jr., Esq. |
| Florida Bar No. 114479 | Florida Bar No. 1035485 |
| Email: *Ryan.weiss@jacksonlewis.com* | Email: *Robert.paradela@morganlewis.com* |
| JACKSON LEWIS P.C. | Debra Fischer, Esq. (*pro hac vice*) |
| One Biscayne Tower, Suite 3500 | Email: *Debra.fischer@morganlewis.com* |
| 2 South Biscayne Boulevard | Adam Wagmeister, Esq. (*pro hac vice*) |
| Miami, Florida 33131 | Email: *Adam.wagmeister@morganlewis.com* |
| Telephone: (305) 577-7600 | Morgan, Lewis & Bockius LLP |
| | 600 Brickell Avenue, Suite 1600 |
| *Counsel for Plaintiff* | Miami, Florida 33131 |
| | Telephone: (305) 415-3439 |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on December 7, 2023, on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/Jennifer A. Schwartz*
Jennifer A. Schwartz, Esq.