# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HAYES MEDICAL STAFFING, LLC, a Florida Limited Liability Company,<br><br>                     Plaintiff,<br>v.<br><br>AMY EICHELBERG, an individual, ALLISON PATIERNO, an individual, SCOTT SIMON, an individual, and JOBOT, LLC, a California Limited Liability Company,<br><br>                     Defendants. | Case No. 0:23-CV-60748-Leibowitz/Strauss |

## **DEFENDANT EICHELBERG'S NOTICE OF DEPOSITION AVAILABILITY**

Pursuant to the Court's May 23, 2024 Order, ECF No. 120, Defendant Amy Eichelberg ("Eichelberg"), submits this Notice of Deposition Availability and hereby provides the following status update:

Eichelberg's daughter's medical condition has remained stable. Unless her medical condition changes, and following sufficient time after Hayes's completion of satisfactory document productions and discovery responses and resolution of discovery disputes, Eichelberg can be available for deposition except on September 13.

As Eichelberg's daughter's medical condition has remained stable, Eichelberg respectfully requests that the Court relieve her of her current obligation to submit bi-monthly availability reports unless her daughter's medical condition changes, in which case she will promptly inform the Court and Plaintiff.

Dated: August 5, 2024

                                                                          */s/ Kimberley E. Lunetta*
                                                                          Kimberley E. Lunetta, Esq.

        Florida Bar No. 1026812
Email: Kimberley.lunetta@morganlewis.com
Alexander Castro, Esq.
Florida Bar No. 1003630
Email: Alexander.castro@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 415-3439

Debra Fischer, Esq. (*pro hac vice*)
Email: Debra.fischer@morganlewis.com
Adam Wagmeister, Esq. (*pro hac vice*)
Email: Adam.wagmeister@morganlewis.com
Morgan, Lewis & Bockius LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 907-1000

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        */s/ Kimberley E. Lunetta*
        Kimberley E. Lunetta

2

**SERVICE LIST**

Jennifer A. Schwartz, Esq.
Email: Jennifer.schwartz@jacksonlewis.com
Ryan B. Weiss, Esq.
Email: Ryan.weiss@jacksonlewis.com
Kelly C. Soltis, Esq.
Email: kelly.soltis@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 2500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Plaintiff*