UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-60748-LEIBOWITZ/STRAUSS

HAYES MEDICAL STAFFING, LLC, a
Florida Limited Liability Company,

    Plaintiff,

v.

AMY EICHELBERG, an individual,
ALLISON PATIERNO, an individual,
SCOTT SIMON, an individual, and
JOBOT, LLC, a California Limited
Liability Company,

    Defendants.
_____/

## **JOINT PRE-TRIAL STIPULATION OF UNDISPUTED FACTS**

Plaintiff, Hayes Medical Staffing, LLC, ("Plaintiff" or "Hayes"), and Defendants, Amy Eichelberg, Scott Simon, Allison Patierno, and Jobot, LLC ("Defendants") (Plaintiff and Defendants together, the "Parties"), through their respective undersigned counsel, hereby submit their Joint Pre-Trial Stipulation of Undisputed Facts pursuant to the Court's Order dated August 16, 2024 [ECF No. 183] and Notice Continuing Pretrial Conference and Bench Trial [ECF No. 218].

1. Allison Patierno ("Patierno"), a former Hayes Consultant, is a Senior Recruiting Manager at Jobot who manages a recruiting team at Jobot called "The Locomotives."

2. Hayes fired Patierno in late 2020. Jobot hired Patierno in January 2021 as a recruiter.

3. As a condition of their employment at Hayes, Simon and Eichelberg were required to sign Employment Agreements, which contain non-disclosure, non-competition, and non-solicitation provisions.

4. On January 19, 2023, Simon resigned from Hayes and accepted a recruiter position with Jobot that same day. Simon began working at Jobot on February 27, 2023.

5. On March 1, 2023, Eichelberg resigned from Hayes and accepted a recruiter position with Jobot on March 2, 2023. Eichelberg began working at Jobot on March 20, 2023.

6. On February 27, 2023, two days before she resigned to join Jobot, Eichelberg blind copied her personal Gmail account on two emails that she sent to a colleague containing spreadsheets titled "Cardiology Total List-Amy" and "Provider Master-Cardiology."

7. Simon and Eichelberg signed Jobot's New Employee Protocols.

8. Before this lawsuit was filed, Eichelberg and Simon engaged a third-party forensic consultant, Chorus Consulting, to identify, remove, and facilitate the provision to Hayes of Hayes work-related information from their personal devices and accounts.

Dated: December 17, 2024

Respectfully submitted,

*/s/ Jennifer A. Schwartz*
Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
Email: *Jennifer.schwartz@jacksonlewis.com*
Ryan B. Weiss, Esq.
Florida Bar No. 114479
Email: *Ryan.weiss@jacksonlewis.com*
Robert W. Capobianco, Esq. (pro hac vice)
Email: *Robert.Capobianco@jacksonlewis.com*

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*/s/ Kimberley E. Lunetta*
Kimberley E. Lunetta, Esq.
Florida Bar No. 1026812
Email: *Kimberley.lunetta@morganlewis.com*
Debra Fischer, Esq. (*pro hac vice*)
Email: *Debra.fischer@morganlewis.com*
Adam Wagmeister, Esq. (*pro hac vice*)
Email: *Adam.wagmeister@morganlewis.com*
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 415-3439

*Counsel for Defendants Jobot, Eichelberg, and Simon*

*/s/ Charles Eiss*
Charles M. Eiss, Esq.
Florida Bar. No.: 612073
Email: *chuck@icelawfirm.com*
Nhu Cao, Esq.
Florida Bar No.: 1050344
Email: *nhu@icelawfirm.com*
LAW OFFICES OF CHARLES EISS, P.L.
550 South Andrews Avenue, Suite 600
Fort Lauderdale, Florida 33301
(954) 914-7890 (Office)

*Counsel for Defendant Patierno*

CASE NO.: 23-60748-CIV-LEIBOWITZ/Strauss

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Jennifer A. Schwartz*
Jennifer A. Schwartz, Esq.

## SERVICE LIST

Kimberley E. Lunetta, Esq.
Florida Bar No. 1026812
Email: *Kimberley.lunetta@morganlewis.com*
Debra Fischer, Esq. (pro hac vice)
Email: *Debra.fischer@morganlewis.com*
Adam Wagmeister, Esq. (pro hac vice)
Email: *Adam.wagmeister@morganlewis.com*
Clayton M. Davis, Esq. (pro hac vice)
Email: *clayton.davis@morganlewis.com*
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 415-3439

*Counsel for Defendants, Amy Eichelberg, Scott Simon and Jobot, LLC*

Chuck Eiss, Esq.
Florida Bar No. 612073
Email: *chuck@icelawfirm.com*
Nhu Cao, Esq.
Florida Bar No. 1050344
Email: *nhu@icelawfirm.com*
Law Offices of Charles Eiss, P.L.
550 South Andrews Avenue, Suite 600
Fort Lauderdale, Florida  33301
Telephone: (954) 914-7890

*Counsel for Defendant, Allison Patierno*

Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
Email: *jennifer.schwartz@jacksonlewis.com*
Ryan B. Weiss, Esq.
Florida Bar No. 114479
Email: *Ryan.Weiss@jacksonlewis.com*
Robert W. Capobianco, Esq. (pro hac vice)
Email: *Robert.Capobianco@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Plaintiff, Hayes Medical Staffing, LLC*