**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:23-CV-60748-LEIBOWITZ/AUGUSTIN-BIRCH**

HAYES MEDICAL STAFFING, LLC,

      Plaintiff,

v.

AMY EICHELBERG, *et al.*,

      Defendants.

                                  /

**ORDER GRANTING PLAINTIFF/JUDGMENT CREDITOR'S
MOTION TO COMPEL DEFENDANTS TO COMPLETE FLORIDA
RULES OF CIVIL PROCEDURE FORM 1.977 FACT INFORMATION SHEETS**

This matter comes before the Court on Plaintiff Hayes Medical Staffing, LLC's Motion to Compel Defendants Jobot, LLC, Amy Eichelberg, Allison Patierno, and Scott Simon to Complete Florida Rules of Civil Procedure Form 1.977 Fact Information Sheets. DE 406. Defendants Jobot, LLC, Amy Eichelberg, and Scott Simon (collectively, "Opposing Defendants") filed an opposition to the Motion to Compel. DE 420. Defendant Allison Patierno did not file an opposition to the Motion to Compel, and her deadline to do so has passed. Plaintiff filed a reply in support of the Motion to Compel. DE 423. The Honorable David S. Leibowitz, United States District Judge, referred the Motion to Compel to the undersigned United States Magistrate Judge. DE 418. The Court has carefully considered the briefing and the record and is fully advised in the premises.

Following a bench trial, Judge Leibowitz entered final judgment in favor of Plaintiff and against Defendants jointly and severally in the amount of $6,037,532 plus post-judgment interest. DE 377. Plaintiff is attempting to execute on that judgment. The procedure for execution of a

money judgment "must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies."  Fed. R. Civ. P. 69(a)(1).

Under the Florida Rules of Civil Procedure, "[i]n aid of a judgment, decree, or execution the judgment creditor . . . may obtain discovery from any person, including the judgment debtor" as the Rules provide.  Fla. R. Civ. P. 1.560(a).  In addition to other discovery available to a judgment creditor, a "court, at the request of the judgment creditor, must order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or other reasonable time as determined by the court."  Fla. R. Civ. P. 1.560(b).  "Failure to obey the order may be considered contempt of court."  *Id.*  Plaintiff asks for an order under Rule 1.560(b) requiring Defendants to complete form 1.977 within 45 days.

Opposing Defendants argue that Plaintiff's request should be denied because they moved the 11th Circuit Court of Appeals to stay execution of the judgment pending their appeal of it.  But the 11th Circuit recently denied that motion.  *Hayes Med. Staffing, LLC v. Eichelberg*, No. 26-10070, docket entry 37 (11th Cir. Mar. 27, 2026).  The motion does not present a barrier to Defendants filling out form 1.977.

Opposing Defendants also argue that they have appealed the judgment.  But notwithstanding the appeal, execution on the judgment has not been stayed.  As Plaintiff has an executable judgment, Plaintiff may obtain discovery in aid of execution, and that discovery may include completed form 1.977.  Fla. R. Civ. P. 1.560(a), (b).  Opposing Defendants have not provided a basis for the Court to deny Plaintiff's request for an order requiring them to complete form 1.977 within 45 days.

Accordingly, Plaintiff's Motion to Compel Defendants to Complete Florida Rules of Civil Procedure Form 1.977 Fact Information Sheets [DE 406] is **GRANTED**.  Within 45 days of the

date of this Order, Defendants Amy Eichelberg, Allison Patierno, and Scott Simon must serve on Plaintiff a completed form 1.977(a) for individuals, together with copies of the documents that the form requires.  Within 45 days of the date of this Order, Defendant Jobot, LLC must serve on Plaintiff a completed form 1.977(b) for business entities, together with copies of the documents that the form requires.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 8th day of April, 2026.

                                  PANAYOTTA AUGUSTIN-BIRCH
                                  UNITED STATES MAGISTRATE JUDGE